**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Glen MARK, Jr., Defendant—Appellant.**

No. 05–6334.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2005.

Decided: Sept. 1, 2005.

Glen Mark, Jr., Appellant pro se.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glen Mark, Jr., appeals the district court's order denying relief on his motion

for modification of sentence, 18 U.S.C. § 3582(c) (2000). Our review of the district court's opinion adopting the magistrate judge's recommendation discloses no reversible error. Accordingly, we deny as unnecessary Mark's motion for a certificate of appealability, grant his motion to proceed in forma pauperis, and affirm for the reasons stated by the district court.* *See United States v. Mark*, Nos. CR–89–263–G; CA–04–500–1 (M.D.N.C. Feb. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* Mark's motion for expedited treatment is de-nied as moot.